PER CURIAM:

Willie James BARNES, Jr., Petitioner-Appellant,

v.

Louie L. WAINWRIGHT, Director, Division of Corrections, State of Florida, Respondent-Appellee.

No. 71–2485

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Feb. 28, 1972.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

2. This habeas corpus petitioner alleges the State prosecutor knowingly used perjured testimony to obtain his conviction.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1,2]

James Wains JONES, Plaintiff-Appellant,

v.

STATE OF TEXAS, Defendant-Appellee.

No. 71–2253.

United States Court of Appeals,
Fifth Circuit.

March 1, 1972.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1,2a]

2a. It is appropriate to dispose of this pro se case summarily, pursuant to this Court's Local Rule 9(c)(2), appellant having failed to file a brief within the time fixed by Rule 31, Federal Rules of Appellate Procedure. Kimbrough v. Beto, Director, 5th Circuit, 1969, 412 F.2d 981.